JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 123 LOS ROBLES LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>YAACOV METZLER a/k/a JAKE METZLER and DOES 2–20,<br><br>        Defendants. | Case No. 2:17-cv-00392-RGK-SK<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. R. Gary Klausner |

The Court, having read and considered the stipulation of the Parties, and good cause appearing,

**IT IS ORDERED** that the stipulation is **APPROVED** and that this Action is dismissed with prejudice with respect to each of the Defendants. The Parties will each bear their own costs and fees.

**IT IS SO ORDERED.**

DATE: May 18, 2018

_____
Hon. R. Gary Klausner
U.S. District Judge

3758676.1